**Order entered April 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00049-CR

### MELVIN LEE VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-60500-T

## ORDER

The Court **DENIES** appellant's pro se motion for new trial and motion to have charges

dismissed. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).


/s/     ADA BROWN
        JUSTICE